**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| **KATHLEEN JULIE WASHPON,** | § | |
| **JIMMY MASSEY,** | § | |
| *Plaintiffs,* | § | **CASE NO. 1:25-CV-01352-ADA-DH** |
| | § | |
| *v.* | § | |
| | § | |
| **PERMANENT GENERAL** | § | |
| **ASSURANCE CORP., ET AL.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell (Dkt. 5). The report recommends that this Court (1) **GRANT** Plaintiff Washpon's Motion to Proceed in forma pauperis (Dkt. 4); (2) **DISMISS** Washpon's cause of action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B); (3) **DISMISS** Plaintiff Massey's claims with prejudice for failing to comply with a court order; and (4) impose a pre-filing injunction declaring that Kathleen Julie Washpon may not file any future actions pro se and in forma pauperis in the Western District of Texas relating to an insurance claim, settlement, or related procedures without receiving written leave from a District Judge of this Court or a Judge of the Fifth Circuit. The report was filed on October 9, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Plaintiff Washpon filed limited objections on November 3, 2025—over a week after the deadline.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 5) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed in forma pauperis (Dkt. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that Washpon's cause of action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Plaintiff Massey's claims are hereby **DISMISSED WITH PREJUDICE** for failing to comply with a court order.

**IT IS FURTHER ORDERED** that Kathleen Julie Washpon may not file any future actions pro se and in forma pauperis in the Western District of Texas relating to an insurance claim, settlement, or related procedures without receiving written leave from a District Judge of this Court or a Judge of the Fifth Circuit.

**SIGNED** this 10th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE